IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MCC MANAGEMENT OF NAPLES, INC.;
BGC II MANAGEMENT OF NAPLES, INC.,
MILES C. COLLIER, and BARRON G.
COLLIER, II

        Plaintiffs,

vs.

ARNOLD & PORTER, LLP; KENT A. YALOWITZ,
THOMAS R. DWYER, and MELVIN C. GARBOW,

        Defendants.
_____/

Miscellaneous Case No. _____
CASE NO. 2:07-cv-387-FtM-29SPC
(United States District Court for the
Middle District of Florida)

### REQUEST FOR HEARING ON MOTION OF NON-PARTIES INTERNATIONAL BANCSHARES CORPORATION AND INTERNATIONAL BANK OF COMMERCE TO QUASH SUBPOENA DUCES TECUM ISSUED TO PATTON BOGGS, LLP

Pursuant to Local Rule LCvR 7(f) and LCvR 78.1, Non-Parties International Bancshares Corporation and International Bank of Commerce request a hearing on their Motion to Quash Subpoena Duces Tecum Issued to Patton Boggs, LLP.

DATED:  May 19, 2008

_____
J. Jonathan Schraub   D.C. Bar No. 950816
jjschraub@sandsanderson.com
Paige A. Levy         D.C. Bar No. 453535
plevy@sandsanderson.com
SANDS ANDERSON MARKS & MILLER, P.C.
1497 Chain Bridge Road
Suite 202
McLean, VA  22101
Telephone:   (703) 893-3600
Facsimile:   (703) 893-8484

Terry W. Tippens, OBA No. 9027
Kevin R. Donelson, OBA No. 12647
Carole L. Houghton, OBA No. 18047
FELLERS, SNIDER, BLANKENSHIP,
   BAILEY & TIPPENS, P.C.
100 North Broadway, Suite 1700
Oklahoma City, OK 73102-8820
Telephone:   (405) 232-0621
Facsimile:   (405) 232-9659

*Attorneys for International Bancshares Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 19, 2008, I served the foregoing REQUEST FOR HEARING ON MOTION OF NON-PARTIES INTERNATIONAL BANCSHARES CORPORATION AND INTERNATIONAL BANK OF COMMERCE TO QUASH SUBPOENA DUCES TECUM ISSUED TO PATTON BOGGS, LLP by U.S. Mail, postage prepaid, on the following:

Carl Coleman, Esq.
David C. Potter, Esq.
Fowler, White, Boggs & Banker, PA
2235 First St
Ft Myers, FL 33901

-and-

Jacqueline Caldwell, Esq.
Terry Moore, Esq.
Krugliak, Wilkins, Griffith &
    Dougherty Co, LPA
4775 Munson St. NW
Canton, OH 44735

Madeline Ebelini
Knott, Consoer, Ebelini, Hart & Swett, PA
1625 Hendry Street, Suite 301
P.O. Box 2449
Ft. Myers, FL 33901

*Attorneys for Plaintiffs MCC Management of Naples, Inc., BGC II Management of Naples, Inc., Miles C. Collier and Barron G. Collier II*

Christina Frohock, Esq.
Richard H. Critchlow, Esq.
Kenny Nachwalter, PA
Suite 1100
201 S. Biscayne Blvd
Miami, FL 33131

*Attorneys for Defendant Arnold & Porter, LLP*

Jeffrey D. Hass, Esq.
Patton Boggs, LLP
2550 M Street, NW
Washington D.C. 20037

_____
Paige A. Levy

440945:32091