UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MCC MANAGEMENT OF NAPLES, INC.;
BGC II MANAGEMENT OF NAPLES, INC.;    Misc. Case No. 1:08-MC-321-RMU
MILES C. COLLIER; BARRON G. COLLIER II,

      Plaintiffs,

vs.

                               CASE NO.: 2:07-cv-420-FtM-29SPC

ARNOLD & PORTER, LLP; KENT A.
YALOWITZ; THOMAS R. DWYER; MELVIN    (United States District Court for the
C. GARBOW,                           Middle District of Florida)

      Defendants.
_____/

## NOTICE OF CHANGE OF ADDRESS FOR WILLIAM D. BLAKELY, LAUREN DESANTIS–THEN AND POLSINELLI SHALTON FLANIGAN SUELTHAUS PC

COMES NOW William D. Blakely, Lauren DeSantis-Then and the law firm of Polsinelli Shalton Flanigan Suelthaus PC and advises the Court of the following change of address:

WILLIAM D. BLAKELY (D.C. Bar No. 326793)
LAUREN DESANTIS-THEN (D.C. Bar No. 500542)
Polsinelli Shalton Flanigan Suelthaus PC
1152 15th Street, NW, Suite 800
Washington, DC 20005
(202) 783-3300
(202) 783-3535
wblakely@polsinelli.com
ldesantis@polsinelli.com

        Respectfully submitted,

        /s/ William D. Blakely
        William D. Blakely, D.C. Bar No. 326793
        Lauren DeSantis-Then, D.C. Bar No. 500542
        POLSINELLI SHALTON FLANIGAN SUELTHAUS
        1152 15th Street, NW, Suite 800
        Washington D.C. 20005
        (202) 783-3300
        (202) 783-3535 Facsimile
        wblakely@polsinelli.com
        ldesantis@polsinelli.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 22, 2008, I filed the foregoing document with the U.S. District Court, District of Columbia *via ECF Electronic Case Filing*. I further certify that I mailed the foregoing document via First Class Mail, prepaid postage, to the following:

Christina Frohock, Esquire
Richard H. Critchlow, Esquire
Kenny Nachwalter, PA
201 S. Biscayne Boulevard
Suite 100
Miami, FL 33131

Carl Joseph Coleman, Esquire
David C. Potter, Esquire
Fowler White Boggs Banker, PA
Post Office Box 1567
Fort Myers, FL 33901

Jacqueline Caldwell, Esquire
Terry Moore, Esquire
Krugliak, Wilkins, Griffin &
  Dougherty Co., LPA
4775 Munson Street, NW
Canton, OH  44735

Madeline Ebelini
Knott, Consoer, Ebelini, Hart &
  Swett, PA
1625 Hendry Street, Suite 301
P.O. Box 2449
Ft. Myers, FL  33901

Elias Matz Tiernan & Herrick, LLP
734 15th Street, NW, 12th Floor
Washington, DC  20005

/s/ William D. Blakely
William D. Blakely